IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN JR., | |
| Petitioner, | 8:24CV78 |
| vs. | |
| OMAHA POLICE DEPT, and COUNTY PROSECUTOR, | MEMORANDUM AND ORDER |
| Respondents. | |

This matter is before the Court on a Motion for Leave to Proceed in Forma Pauperis ("IFP Motion"), Filing No. 23, and twenty-one motions to update, amend, or alter exculpatory information ("Motions to Update"), Filing No. 22; Filing Nos. 24–43, filed by Petitioner Arthur James Griffin, Jr. ("Griffin"), between August 21, 2024, and September 30, 2024.[1]  Each of the Motions to Update basically lists various Nebraska statutes and/or federal statutes without any explanation.  Griffin previously filed two similar motions, Filing No. 19; Filing No. 20, which the Court denied on July 11, 2024. Filing No. 21.

As the Court remarked in its July 11, 2024, order, the Court entered a Memorandum and Order, Filing No. 17, and Judgment, Filing No. 18, on June 17, 2024, dismissing Griffin's habeas petition without prejudice for lack of jurisdiction as Griffin was not in custody under the conviction or sentence he challenged.  As this matter is closed and the Court cannot ascertain what relief, if any, Griffin seeks in his twenty-one

---

[1] The Court notes that all of the Motions to Update except for two, see Filing Nos. 26 & 28, were also filed in Griffin's pending case, 8:24CV238.  The motions filed in Case No. 8:24CV238 will be addressed by a separate order in that case.

Motions to Update, the motions are denied. The IFP Motion is also denied as moot as Griffin was previously granted leave to proceed IFP in this case.[2] *See* Filing No. 6.

The Court also finds that Griffin's filing of numerous indiscernible motions months after this case was closed is a waste of judicial resources. To prevent further wasting of this Court's resources, the Court will prohibit Griffin from filing any future documents or motions in this closed case, except for a notice of appeal or appellate documents. *See* *Grady v. Gaddy*, No. 4:19-CV-1701 NCC, 2021 WL 1020766, at *1 (E.D. Mo. Mar. 16, 2021), *aff'd*, No. 21-1860, 2021 WL 8155004 (8th Cir. June 22, 2021) (imposing identical restrictions).

IT IS THEREFORE ORDERED that:

1. Griffin's IFP Motion, Filing No. 23, is denied as moot.

2. Griffin's Motions to Update, Filing No. 22; Filing No. 24; Filing No. 25; Filing No. 26; Filing No. 27; Filing No. 28; Filing No. 29; Filing No. 30; Filing No. 31; Filing No. 32; Filing No. 33; Filing No. 34; Filing No. 35; Filing No. 36; Filing No. 37; Filing No. 38; Filing No. 39; Filing No. 40; Filing No. 41; Filing No. 42; Filing No. 43, are denied.

3. Petitioner Arthur James Griffin, Jr., is prohibited from filing any future documents or motions in this closed case, except for a notice of appeal or appellate documents.

---

[2] It appears the IFP Motion was mainly intended for filing in Case No. 8:24CV238, as Griffin was directed to file a request to proceed IFP in that case by September 9, 2024, *see* Filing No. 3, Case No. 8:24CV238, the IFP Motion was filed on August 22, 2024, and Griffin listed "24cv238" first in the caption of the IFP Motion. *See* Filing No. 23.

4. The Clerk shall not accept any additional documents or motions filed by Griffin in this closed action, except for a notice of appeal or appellate documents. If Griffin files an additional document or motion, the Clerk shall return it to Griffin.

Dated this 16th day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge